DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

S.A.K.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-1436

_____

November 8, 2023

Appeal from the Circuit Court for Pinellas County; Patrice W. Moore,
Judge.

Howard L. Dimmig, II, Public Defender, and Tosha Cohen, Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Samuel R.
Mandelbaum, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

SLEET, C.J., and CASANUEVA and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.